[Cite as *Duncan v. Ohio Dept. of Rehab. & Corr.*, 2021-Ohio-4285.]

| | |
|---|---|
| CHRISTOPHER DUNCAN<br><br>  Plaintiff<br><br>  v.<br><br>OHIO DEPARTMENT OF<br>REHABILITATION AND CORRECTION<br><br>  Defendant | Case No. 2020-00231JD<br><br>Judge Patrick E. Sheeran<br>Magistrate Scott Sheets<br><br><u>JUDGMENT ENTRY</u> |

{¶1} On October 8, 2021, the magistrate issued a decision recommending judgment for defendant.

{¶2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK E. SHEERAN
Judge

Filed October 28, 2021
Sent to S.C. Reporter 12/8/21